O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DARA WAYNE ALLEN,                          )        CASE NO. CV 11-01157 GW (RZ)
                                           )
                  Petitioner,              )
                                           )        ORDER ACCEPTING FINDINGS AND
        vs.                                )        RECOMMENDATIONS OF UNITED
                                           )        STATES MAGISTRATE JUDGE
McDONALD, WARDEN,                          )
                                           )
                  Respondent.              )
                                           )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.


        DATED: August 28, 2012


                                           _____
                                           GEORGE H. WU
                                           UNITED STATES DISTRICT JUDGE