**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARA WAYNE ALLEN,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>McDONALD, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. CV 11-01157 GW (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of DARA WAYNE ALLEN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 28, 2012

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE